UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| SHARON GREEN, | ) | |
| Plaintiff, | ) | Case No. EDCV 10-01294 AJW |
| v. | ) | |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | ) | JUDGMENT |
| Defendant. | ) | |

**IT IS ADJUDGED** that the Commissioner's decision is affirmed.

July 15, 2011

_____
ANDREW J. WISTRICH
United States Magistrate Judge